IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **JESUS SIMBULAN FLORES,**        **Plaintiff,**  v.  **HARLEY COLIN MUSE, et al.**        **Defendants.** | Case No.: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants, Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC, hereby file this Notice of Removal of the above-captioned civil matter, currently pending in the Circuit Court for the County of Arlington, CL21005174-00, to the United States District Court for the Eastern District of Virginia, Alexandria Division. In support of removal, Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC state as follows:

Facts Giving Rise to Jurisdiction

1. Plaintiff, Jesus Simbulan Flores, commenced this personal injury accident in the Circuit Court for the Count of Arlington against Harley Colin Muse, Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC seeking $3,000,000.00 in damages for injuries allegedly sustained in a pedestrian-motor vehicle accident that occurred in Arlington, Virginia on or about January 13, 2020. *See* Pl.'s Compl., attached hereto as Exhibit 1.

2. Pursuant to the Complaint, Plaintiff is a citizen of Virginia. Ex 1.

3. Defendant Muse is a citizen of North Carolina. *See* Feb. 1, 2022 email correspondence, attached hereto as Exhibit 2.

4. Defendant Uber Technologies, Inc. is a Delaware corporation with a principal place of business in San Francisco, California.

5. Defendant Rasier, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Rasier, LLC is a citizen of Virginia.

6. Defendant Uber USA, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in San Francisco, California. No member of Uber USA, LLC is a citizen of Virginia.

## Legal Basis for Jurisdiction

7. Removal of this matter is proper pursuant to 28 U.S.C. § 1332(a)(1), as there exists complete diversity between the Parties and the amount in controversy exceeds $75,000.00.

8. Defendants, Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC, were first served with the Complaint in this matter on January 12, 2022. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

9. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC are being filed with this notice of removal. *See* Plaintiff's Complaint, Uber Technologies, Inc.'s Answer, Raiser, LLC's Answer, and Uber USA, LLC's Answer, attached here to as Exhibit 1, Exhibit 3, Exhibit 4, and Exhibit 5.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all Parties and is being filed with the Circuit Court of Arlington County.

11. Defendant Muse consents to removal of this matter.

WHEREFORE, Defendants, Uber Technologies, Inc., Raiser, LLC, and Uber USA, LLC respectfully request that this matter proceeds in this Honorable Court, as a matter properly removed thereto.

Dated: February 11, 2022

Respectfully submitted,

**UBER TECHNOLOGIES, INC., RASIER, LLC, and UBER USA, LLC**

By Counsel:

WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Peter M. Moore*
Peter M. Moore, Esq. (VSB No.: 82444)
John W. Palenski, Esq. (VSB No.: 89466)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel.: 703-245-9300
Fax: 703-245-9301
peter.moore@wilsonelser.com
john.palenski@wilsonelser.com
*Counsel for Uber Technologies, Inc., Rasier, LLC, and Uber USA, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served via electronic mail to:

>Stephen M. Terpak, Esq.
>Sutter & Terpak, PLLC
>7540 Little River Tnpk.
>Suite A, First Floor
>Annandale, VA 22003
>steve@sutterandterpak.com
>*Counsel for Plaintiff*
>
>W. Benjamin Woody, Esq.
>Harmon, Claytor, Corrigan, Wellman
>1900 Duke Street, Suite 210
>Alexandria, VA 22314
>bwoody@hccw.com
>*Counsel for Harley Colin Muse*

>*/s/ Peter M. Moore*
>Peter M. Moore